IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MAIK KAUFMAN,

        Petitioner,

v.                                                                                          CIV 10-0151 BB/CG

RAY TERRY, Warden,
Otero County Processing Center,

        Respondent.

## **ORDER FOR ADDITIONAL RESPONSE**

      This is a habeas matter under 28 U.S.C. § 2241 where Petitioner is not using the form petition typically used by potential deportees. His amended petition and brief in support, among other things, asks this Court to perform a marriage ceremony with his fiancee and to grant him political asylum. *See Docs. 7, 8.* He also filed two motions to "clarify," *see Docs. 12, 13,* which the United States did not address in its motion to dismiss for lack of ripeness, *see Doc. 14.* I find that a response to Petitioner's motions to clarify is warranted.

      Wherefore,

      **IT IS HEREBY ORDERED** that the United States file a single document setting forth its position on both motions to clarify by Friday, April 30, 2010, and Petitioner file his responses, if any, to this document and the United States' motion to dismiss by Friday, May 7, 2010.

                                                              UNITED STATES MAGISTRATE JUDGE